IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LEONARD TAYLOR JR.,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **No. 22-cv-00437** |
| **CITY OF READING, ET AL.,** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this 6th day of August, 2025, upon consideration of Defendants Francisco Contreras and Ahn Pham's Motion for Summary Judgment (ECF No. 80), it is hereby **ORDERED** that the Motion is **GRANTED** and Judgment in favor of the Moving Defendants is entered as a matter of law on all of the Plaintiff's claims against them for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**Mitchell S. Goldberg,        J.**